PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angel Delgado                                    Cr.: 05-00155-001

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 06/14/05

Original Offense: Conspiracy to Commit Credit Card Fraud

Original Sentence: Time Served, Three (3) years Supervised Release

Type of Supervision: Supervised Release                            Date Supervision Commenced: 06/14/05

Assistant U.S. Attorney: Kevin Walsh                               Defense Attorney: Lorraine Gauli-Rufo

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**' |
| | During a home visit on July 26, 2007, an officer from the Eastern District of Pennsylvania confiscated two (2) swords in excess of 3 feet long as well as four (4) knives. |
| 2. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender submitted monthly reports in January, February, April, July, September, October, November and December 2006 wherein he claims to have no employment nor income. The probation officer has learned that the offender has only been unemployed a total of two weeks since his release from imprisonment in June 2005, therefore, he has falsified his monthly supervision reports. |

PROB 12C - Page 2
Angel Delgado

3.     The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

During a home visit on July 26, 2007, the offender submitted to a random urinalysis test yielding a positive result for THC (marijuana). The offender verbally admitted to using marijuana several weeks before this visit sometime in June 2007.

4.     The offender has violated the supervision condition which states '**The offender shall pay restitution in the amount of $95,700.52 in payments of at least $100 per month to commence 30 days after release from imprisonment**'

The offender has made two payments of $100.00 in the past 25 months of supervision. His last payment was on March 20, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 08/14/07

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/24/07
Date