PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Angel Delgado               Cr.: 05-00155-001
                                              PACTS #: 33863

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 06/14/05
Original Offense: Conspiracy to Commit Credit Card Fraud
Original Sentence: 18 months (time served), 3 years supervised release.

Date of Violation of Supervised Release: 10/11/07
Violation of Supervised Release Sentence: 9 months, 2 years supervised release.

Type of Supervision: Supervised Release        Date Supervision Commenced: 06/25/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to satisfy his financial obligation. Attached is a letter to the Court requesting that supervision expire with a restitution balance of $95,200.52. |

U.S. Probation Officer Action:

The probation officer requests that the case expire as scheduled on June 24, 2010, with an outstanding restitution balance. The Financial Litigation Unit from the U.S. Attorney's Office will continue to enforce the collection of the financial obligation.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 06/23/10

*No Response is necessary unless the court directs that additional action be taken as follows:*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other - Allow supervision to expire with restitution balance.

_____           7/8/10
Signature of Judicial Officer       Date